# SUPPLEMENT.

---

## Abstracts of Decisions of the Supreme Court, rendered at the April Term, 1871.

---

### DEXTER A. BALLOU *vs.* WILBUR H. HILL *et. al.*

Suit was brought against two persons upon an award against them, the declaration showing the submission and award to have been joint. The suit as against one of them was discontinued, without any amendment being made to the declaration, though it was ordered that "the pleadings and proceedings be amended in accordance with such discontinuance." *Held,* That in such case the discontinuance as to one defendant worked a discontinuance as to both.

When an amendment is ordered or permitted, and is of such a nature that the record furnishes upon its face all the data for applying it, it may be considered as made, though no verbal changes are made in the pleadings, which are then to be read as if they had been actually amended.

### Error to Bay Circuit.

*Opinion by* CAMPBELL, Ch. J.—Suit was brought upon an award against Dexter A. Ballou and Oren A. Ballou, alleged in the declaration to have been made on their joint submission.—In conseqence of certain questions raised on the trial, a discontinuance was allowed to be, and was entered before the judgment as to Oren A. Ballou, and judgment was rendered against Dexter A. Ballou alone, without any further action than the recital in the order, " that the proceedings and pleadings in this ca bese and the same are hereby amended in conformity with such discontinuance, and that said suit proceed against Dexter A. Ballou, as though it had originally been commenced against him alone.

*Held*, That when an amendment is ordered or permitted, and is of such a nature that the record furnishes upon its face all the data for applying it, it may be considered as made, though no verbal changes are made in the pleadings, which are then to be read as if they had been actually amended.

If, however, Dexter A. Ballou had been sued alone upon such a cause of action as is set forth in the declaration, the suit could not be maintained against him. The award is stated in the declaration to have been a joint one, made upon a joint submission. No sole action could be maintained upon such award, and a discontinuance against one defendant, leaving this joint award as the alleged cause of action, would be as fatal to the case as a discontinuance against both. There is nothing in the record from which any one can legally infer in what way the declaration should be amended, and this being so, the amendment cannot be inferred. Until made, the suit appears of record as a joint suit incapable of severance, and the discontinuance not being followed up by any amendment in fact, practically ended the case and rendered any judgment erroneous. The judgment cannot be upheld upon the declaration.

Judgment below reversed with costs of both courts.